In the Matter of the Application of FRED F. FRENCH et al., Respondents, for the Voluntary Dissolution of KNAPP AND FRENCH, INC.

EDWARD J. KNAPP, Appellant; NATHANIEL PHILLIPS, Respondent.

*Matter of French*, 181 App. Div. 719, affirmed.

(Argued May 27, 1918; decided June 11, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1918, modifying and affirming as modified five orders of Special Term made in a proceeding for the voluntary dissolution of a corporation. The first order required all persons interested in the corporation to show cause before a designated referee why it should not be dissolved. The second granted a motion to confirm the report of the referee and that the temporary receiver be appointed permanent receiver. The third recited the proceedings, dissolved the corporation, made the temporary receiver permanent receiver and awarded costs and disbursements to the petitioners including the fees of the referee and stenographer to be taxed and required that they be paid by the appellant. The fourth and fifth granted a motion for a re-settlement of both orders of dissolution by incorporating therein a provision staying appellant from proceeding with the foreclosure of a mortgage until the further order of the court. The only points raised by appellant on appeal were that the Special Term had no power to restrain the foreclosure of the mortgage and that costs should have been awarded appellant in the Appellate Division.

*Edgar J. Treacy* for appellant.

*John Neville Boyle* and *R. R. Rasquin* for petitioners, respondents.

*Henry Marx* for Nathaniel Phillips, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.